Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Scott P. Cowan
Debtor

                                                                              Case No.: 16−14758−SLM
                                                                              Chapter 7

Division of Consumer Affairs
Plaintiff

v.

Scott P. Cowan
Defendant

Adv. Proc. No. 16−01527−SLM                          Judge: Stacey L. Meisel

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on May 21, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 18
Money Judgment (FINAL CONSENT JUDGEMENT) (related document:18 Certificate of Consent (Adversary) filed by Plaintiff Division of Consumer Affairs) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/21/2018 (env)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 21, 2018
JAN: env

                                                                                                                Jeanne Naughton
                                                                                                                Clerk